UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

              Plaintiff,

                                            Case Number: 14-cr-20789

v.                                     Honorable Thomas L. Ludington

D-1    ZACHARY RICHARD WILKS,
a/k/a ZACHARY RICHARD CHAMBERLAIN,

              Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING
DEFENDANT'S PLEA OF GUILTY, AND TAKING THE RULE 11 PLEA
AGREEMENT UNDER ADVISEMENT**

On March 18, 2015, United States Magistrate Judge Patricia T. Morris conducted a plea

hearing pursuant to Defendant's consent. The Magistrate Judge issued her report on March 19,

2015, recommending that this Court accept Defendant's plea of guilty.

Although the Magistrate Judge's report explicitly stated that the parties to this action may

object to and seek review of the recommendation within fourteen days of service of the report,

neither Plaintiff nor Defendant filed any objections. The election not to file objections to the

Magistrate Judge's report releases the Court from its duty to independently review the record.

*Thomas v. Arn*, 474 U.S. 140, 149 (1985). The failure to file objections to the report and

recommendation waives any further right to appeal.

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation,

ECF No. 29, is **ADOPTED**.

It is further **ORDERED** that Defendant's plea of guilty is **ACCEPTED**, and the Rule 11

Plea Agreement, ECF No. 28, is taken **UNDER ADVISEMENT**.

Dated: April 7, 2015                              s/Thomas L. Ludington
                                               THOMAS L. LUDINGTON
                                               United States District Judge

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 7, 2015.

s/Karri Sandusky
Karri Sandusky, Acting Case Manager